IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MONICA MEEKS, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>CARTER LAWRENCE, in his individual )<br>capacity and in his official capacity as )<br>Commissioner of the Tennessee Department )<br>of Commerce and Insurance )<br>)<br>    *Defendant*. ) | Civil Action No. 3:25-cv-01431<br>Judge Aleta A. Trauger |

## [PROPOSED] ORDER

Before the Court is Defendant's Unopposed Motion to Extend Response Deadline. Having considered the motion, and finding good cause shown, the Court finds that the motion should be and is hereby **GRANTED**.

Defendant shall file a response to Plaintiff's Complaint, Dkt. No. 1, on or before **February 23, 2026.** It is

**SO ORDERED**

_____
U.S. District Judge Aleta Trauger