IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MONICA MEEKS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:25-cv-01431 |
| CARTER LAWRENCE, in his individual and ) | Judge Aleta A. Trauger |
| official capacities as Commissioner of Tennes- ) | |
| see Department of Commerce and Insurance ) | |
| ) | |
| *Defendant*. ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Carter Lawrence—in his individual capacity and in his official capacity as Commissioner of the Tennessee Department of Commerce and Insurance—moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Monica Meeks's Complaint, ECF No. 1, brought under 42 U.S.C. § 1983. According to Plaintiff, Defendant violated the First Amendment by terminating her because of a Facebook comment she made accusing political commentator Charlie Kirk and his followers of being "White Supremacist[s]." But, as laid out more fully in Defendant's accompanying memorandum, Plaintiff fails to state a claim for First Amendment retaliation, warranting dismissal of the Complaint in its entirety. At minimum, qualified immunity bars Plaintiff's claim against Defendant in his individual capacity, and that claim should be dismissed accordingly.

Plaintiff has not alleged a First Amendment violation for the basic reason that she cannot show that her conduct was protected by the First Amendment. As a public employee, her speech is protected only if her interest in speaking outweighs her employer's interest in effective operations. But the balance of those interests here favors the Department. Since the First Amendment does not protect her conduct, Plaintiff cannot establish that Defendant violated her rights, and her First

1

Amendment retaliation claim thus fails as a matter of law. Plaintiff's failure to establish a constitutional violation also entitles Defendant to qualified immunity.

Indeed, Defendant is entitled to qualified immunity even if the Court finds that the balance of interests favors Plaintiff so that her conduct is entitled to First Amendment protection. That's because Defendant is liable only for violations of clearly established rights, and when Defendant terminated Plaintiff's employment, it was not clearly established that her speech was protected by the First Amendment. Rather, the case law at the time suggested that her conduct was *not* protected. At the very least, precedent made it possible for Defendant to debate whether terminating Plaintiff violated any right. Because Plaintiff cannot establish a violation of a clearly established right, her individual-capacity claim is barred by qualified immunity, and Defendant should be dismissed accordingly.

Date: February 23, 2026

Respectfully submitted,

*/s/ Harrison Gray Kilgore*
HARRISON GRAY KILGORE, BPR# 041842
Senior Assistant Attorney General
  for Strategic Litigation
ZACHARY L. BARKER, BPR# 035933
Senior Assistant Attorney General
  Constitutional Defense Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Harrison.Kilgore@ag.tn.gov
Zachary.Barker@ag.tn.gov

*Counsel for Defendant Commissioner Lawrence in his*
  *official and individual capacities*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 23rd day of February, 2026 to all counsel of record.

Melody Fowler-Green
N. Chase Teeples
Yezbak Law Offices PLLC
P.O. Box 159033
Nashville, TN 37215-9937
Phone: 615-250-2000
Fax: 615-250-2020
mel@yezbaklaw.com
teeples@yezbaklaw.com

James C. Grant
Davis Wright Tremaine LLP
920 5th Ave., Suite 300
Seattle, WA 98104
Phone: 206-757-8096
Fax: 206-757-7096
jimgrant@dwt.com

*Counsel for Plaintiff*

Cary H. Davis
Greg H. Greubel
Foundation for Individual Rights and Expression
P.O. Box 40128
Philadelphia, PA 19106
Phone: 215-717-3473
cary.davis@fire.org
greg.greubel@fire.org

David H. Rubin
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE Suite 340
Washington, DC 20003
Phone: 215-717-3473
david.rubin@fire.org

*Counsel for Plaintiff*

      /s/ Harrison Gray Kilgore
      HARRISON GRAY KILGORE
      Office of the Tennessee Attorney General
      P.O. Box 20207
      Nashville, Tennessee 37202
      harrison.kilgore@ag.tn.gov

      *Counsel for Defendant Commissioner Lawrence in his official and individual capacities*