# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MONICA MEEKS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:25-cv-01431 |
| CARTER LAWRENCE, in his individual and ) | Judge Aleta A. Trauger |
| official capacities as Commissioner of ) | |
| Tennessee Department of Commerce and ) | |
| Insurance ) | |
| ) | |
| *Defendant*. | |

## [PROPOSED] ORDER

Having considered Defendant's Motion to Dismiss, ECF No. 20, the supporting memoranda and responses thereto, and all other arguments by the parties, the Court **ORDERS** that the motion should be and is hereby **GRANTED**.

Plaintiff fails to state a claim upon which relief can be granted, and Defendant is otherwise entitled to qualified immunity. Accordingly, the Complaint, ECF No. 1, is **DISMISSED**. It is

**SO ORDERED.**

Date: _____  _____
U.S. District Judge Aleta A. Trauger