IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MONICA MEEKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil No. 3:25-cv-1431 ) Judge Trauger |
| CARTER LAWRENCE in his individual and official capacities as Commissioner of Tennessee Department of Commerce and Insurance, | ) ) ) ) |
| Defendant. | ) ) |

**O R D E R**

Given the pendency of a Motion to Dismiss (Doc. No. 20), the initial case management conference scheduled for March 9, 2026 is CONTINUED, to be reset, if appropriate, following disposition of this motion.

The defendant's Motion to Stay Discovery (Doc. No. 27) is DENIED AS MOOT, in that discovery has been stayed until the initial case management conference. (Doc. No. 6 at 1).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge