**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MONICA MEEKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cv-01431** |
| | ) | **Judge Aleta A. Trauger** |
| **CARTER LAWRENCE, in his individual and official capacities as Commissioner of Tennessee Department of Commerce and Insurance,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 20) filed by defendant Carter Lawrence is hereby **DENIED** in its entirety.

The initial case management conference is **RESET** for Monday, October 19, 2026 at 2:30 p.m.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge