**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MONICA MEEKS<br><br>Plaintiff,<br><br>v.<br><br>CARTER LAWRENCE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:25-cv-1431<br>Judge Trauger |

**ORDER CONCERNING UPCOMING**
**INITIAL CASE MANAGEMENT CONFERENCE**

The initial case management conference in this case is scheduled for October 19, 2026 at 2:30 P.M.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **IN PERSON**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **LEAD COUNSEL** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE